In the Matter of the Application of BATAVIA TRACTION COMPANY, Appellant, for a Writ of Certiorari. CITY OF BATAVIA, Respondent.— Order reversed and writ sustained, to the extent of reducing the assessment by the sum of all the items objected to except that of $985.32 for engineering, with costs and disbursements of this appeal and $50 costs and disbursements at Special Term to the relator against the city of Batavia. All concurred.

GEORGE V. FOWLER REALTY COMPANY, Respondent, v. SAM S. & LEE SHUBERT, INC., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

PATRICK LONERGAN, Appellant, v. JAMES CAMPBELL, Respondent.— Order imposing thirty-five dollars costs modified by reducing the amount of costs to ten dollars, and order striking case from the calendar affirmed, without costs of this appeal to either party. All concurred.

JAMES E. RATCHFORD, Respondent, v. JAMES A. OUTTERSON, Appellant. — Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Held, that it appears that the sole ground upon which the order was granted was that the examination was required to prepare for trial, which is not a sufficient reason to warrant the granting of the examination. All concurred.

BERT G. TIFFANY and Another, Doing Business under the Firm Name and Style of B. G. TIFFANY & Co., Respondents, v. ALMA J. LEET and Others, as Administrators, etc., Appellants, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with leave to renew the motion, if so advised, upon papers setting forth facts sufficient to constitute a cause of action. Held, we are of the opinion that the amended complaint is founded upon a joint promise. If so, it is necessary in order to state a cause of action against the representatives of the deceased to allege and show that both the surviving joint promisors are insolvent. The suggestion that the promise is both joint and several is without force, because if it is several as well as joint, the amendment is unnecessary. All concurred; Lambert, J., not sitting.

PERRY B. MILLER, an Infant, by FRANK P. MILLER, His Guardian ad Litem, Appellant, v. INTERNATIONAL HARVESTER COMPANY OF NEW JERSEY, Respondent.— Judgment and order affirmed, with costs. All concurred.

JOSEPHINE MCCARTHY, Respondent, v. CITY OF FULTON, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PATRICK LONERGAN, Appellant.— Motion to dismiss appeal denied. Judgment of conviction and orders affirmed. All concurred.

JOSEPHINE L. HARRINGTON, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Judgment and order affirmed, with costs. All concurred.